# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br>     *Plaintiff*, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *et al.*, <br><br>     *Defendants*. | Case No. 23-cv-2564-DLF |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, it is hereby **ORDERED** that the motion be **GRANTED** and that Complaint be dismissed for failure to state a claim.

SO ORDERED


Dated: _____             By:_____
                                                                   Dabney L. Friedrich
                                                                   United States District Judge