# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *et al.*,<br><br>*Defendants*. | Case No. 23-cv-2564-DLF |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify the Court of a recent opinion in the case *Citizens for Responsibility and Ethics in Washington v. U.S. Dep't of Homeland Security*, 1:22-cv-3350-TSC, Mem. Op., ECF 13 (March 19, 2024) ("*CREW*"), attached to this filing as Exhibit 1.

In that case, which named as defendants four federal agencies and the heads of each defendant agency, as well as the National Archives and Records Administration ("NARA") and the Archivist of the United States, Judge Chutkan concluded, as Defendants have argued in this case, that the Federal Records Act "mandates initiation of an enforcement action upon only removal of records," not upon "destruction" of records. Mem. Op. at 17.

In doing so, Judge Chutkan concluded that the language of the FRA is "unambiguous," *id.* at 23, and that the phrase "other redress" in the enforcement action provisions "is more naturally read to refer to redress other than 'recovery' for 'records unlawfully removed'—such as damages or prosecution—not redress for other unlawful activities," *id.* at 22. She also distinguished arguments from Circuit precedent, *see id.* at 18, 21, and rejected arguments based on legislative

Case 1:23-cv-02564-DLF   Document 15   Filed 03/22/24   Page 2 of 2

history, *see id.* at 21-22, and prior guidance from NARA, *see id.* at 22-23, that are substantially similar to arguments that Plaintiff has raised in this case, *see* ECF 13 at 21-22 (Circuit precedent); *id.* at 23-25 (legislative history); *id.* at 25-26 (NARA guidance).

Dated: March 22, 2024                                Respectfully submitted,

                                                     BRIAN M. BOYNTON
                                                     Principal Deputy Assistant Attorney General

                                                     ELIZABETH J. SHAPIRO
                                                     Deputy Director, Federal Programs Branch

                                                     <u>*/s/ Cormac A. Early*</u>
                                                     CORMAC A. EARLY
                                                     D.C. Bar. No. 1033835
                                                     Trial Attorney, U.S. Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L Street, N.W.
                                                     Washington, D.C. 20005
                                                     Tel.: (202) 616-7420
                                                     cormac.a.early@usdoj.gov

                                                     *Counsel for Defendant*