UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *et al.*,<br><br>　　　*Defendants*. | Case No. 23-cv-2564-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Order of September 25, 2024, ECF 18, the parties report that they are in the process of determining their positions on further proceedings in this matter, and need a small amount of additional time before submitting their proposals.

Accordingly, the parties respectfully request that they be allowed to submit a further joint status report proposing a schedule for further proceedings on or before October 23, 2024, and that Defendants' deadline to answer the Complaint be extended to October 23, 2024, pursuant to Fed. R. Civ. P. 6(b)(1). A proposed order accompanies this filing.

Dated:  October 9, 2024

　/s/ Anne L. Weismann_____
Anne L. Weismann
D.C. Bar #298190
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(301) 717-6610

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

　/s/ Cormac A. Early
CORMAC A. EARLY

Weismann.anne@gmail.com

*Counsel for Plaintiff*

D.C. Bar #1033935
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-7420
Email: cormac.a.early@usdoj.gov

*Counsel for Defendant*