# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *et al.*, <br><br> *Defendants*. | Case No. 23-cv-2564-DLF |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 10, 2024, the parties respectfully request that they be permitted another two weeks before submitting a schedule for further proceedings.

Defendants, in consultation with the Department of Justice, are continuing to evaluate their options in light of the Court's decision on the scope of the referral duty under the Federal Records Act, an issue which has divided the judges in this District. Due to the complex legal and policy questions presented by this case, those consultations require input from multiple Justice Department components. A brief extension of two weeks before entering a scheduling order will allow sufficient time to complete the necessary consultations.

Accordingly, the parties request that they be permitted to file a further joint status report on or before November 6, 2024, proposing a schedule for further proceedings if appropriate.

| | |
|---|---|
| Dated:  October 23, 2024 | Respectfully submitted, |
| /s/ Anne L. Weismann<br>Anne L. Weismann<br>D.C. Bar #298190<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, D.C. 20015<br>(301) 717-6610<br>Weismann.anne@gmail.com<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br><br>/s/ Cormac A. Early<br>CORMAC A. EARLY<br>D.C. Bar #1033935<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 616-7420<br>Email: cormac.a.early@usdoj.gov<br><br>*Counsel for Defendant* |