UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION *et al.*, <br><br> *Defendants*. | Case No. 23-cv-2564 |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE STATUS REPORT**

Defendants, National Archives & Records Administration and Colleen Shogan, in her official capacity as Archivist of the United States, respectfully requests an extension of the deadline to file a status report from January 10, 2025, to January 17, 2025. Defendants conferred with plaintiff Project on Government Oversight, Inc. on the substance of this motion, and Plaintiff does not oppose the relief sought.[1] In support of the motion, Defendants state as follows:

1. This is a Federal Records Act case. The Court denied Defendants' motion to dismiss this case on September 25, 2024. ECF Nos. 17, 18. Defendants filed an answer on

---

[1] On the evening of January 8th, after Defendants had conferred on the relief sought in this motion with Plaintiff as required by the Local Rules of this Court, the Court contacted undersigned counsel regarding the scheduling of an in-person status conference for next week. Plaintiff stated that it is prepared to go forward with a scheduling conference next week in lieu of or in advance of the parties first submitting a joint status report. Defendants do not oppose a status conference, but would ask that the Court defer such a conference until after the receipt of the parties' joint status report.

October 23, 2024. ECF No. 21. The parties have filed several joint status reports regarding a schedule for further proceedings in this case, the most recent of which was filed on November 6, 2024. ECF No. 22. On November 27, 2024, this case was transferred to Judge Ali. On January 7, 2025, Plaintiff filed a notice of supplemental authority in support of its position in the November 6 status report.

      2.      On January 8, 2025, the Court entered a minute order directing the parties to file a further status report by January 10, 2025.

      3.      Good cause exists for a brief extension of this status report deadline. Defendants' counsel, Mr. Early, unexpectedly went on parental leave shortly before the holiday season. Undersigned counsel was recently assigned to this matter and requires additional time to gather the necessary information to prepare the status report and to consult with supervisory officials within the Department of Justice and the National Archives. The additional time is further warranted by the fact that all executive departments and agencies of the Federal Government are closed on January 9, 2025 out of respect for President Carter's funeral, pursuant to an executive order signed by President Biden. *See* The White House, *Executive Order Providing for the Closing of Executive Departments and Agencies of the Federal Government on January 9, 2025*, https://perma.cc/W3P3-9WKJ.

      4.      As required by the Local Rules, undersigned counsel for Defendants conferred via e-mail with counsel for Plaintiff on the relief sought in this motion on January 8, 2025. Plaintiff stated that it does not oppose the relief sought.

      A proposed order is attached.

Dated: January 9, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI
D.C. Bar #1017949
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*